SNELL & WILMER L.L.P.
V.R. Bohman (NV Bar No. 13075)
Erin M. Gettel (NV Bar No. 13877)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Email: vbohman@swlaw.com
       egettel@swlaw.com

Christopher D. Bright (*Admitted pro hac vice*)
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Email: cbright@swlaw.com

R. Lee Fraley (*Admitted pro hac vice*)
Alexandra Nathe (*Admitted pro hac vice*)
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Email: lfraley@swlaw.com
       anathe@swlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BIODERMIS, LLC, NUANCE MEDICAL, LLC, AND NUANCE INTERMEDIARY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANCE PHARMA PLC, ALLIANCE PHARMACEUTICALS LTD., AND ADVANCED BIO-TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 2:25-cv-01664-APG-MDC <br><br> **Unopposed Motion to Extend Time for Service** <br><br> **(First Request)** |

4922-9871-2697
4922-9871-2697

On September 5, 2025, Plaintiffs brought this action against Defendants, asserting six declaratory judgment claims for non-infringement of six corresponding patents. Plaintiffs and Defendants are presently engaged in fruitful settlement discussions. Further, two Defendants (Alliance Pharma PLC and Alliance Pharmaceuticals Ltd.) are foreign entities organized and operating under the laws of the United Kingdom, requiring significant time and expense to effectuate service. For these reasons, Plaintiffs have not yet effectuated service on Defendants and seek a 90-day extension for service to March 4, 2026. This extension would:

- Permit the parties to focus on negotiating a resolution of this matter;
- Conserve the resources otherwise required for service;
- Provide a window to effectuate service in the event settlement negotiations fail.

Federal Rule of Civil Procedure 4(m) generally requires that a plaintiff serve process on each defendant within 90 days of filing a complaint. However, Rule 4(m) largely exempts service of a foreign entity from the 90-day service deadline, including service against the foreign Defendants here. FRCP 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A)").

The 90-day deadline for serving domestic defendant Advanced Bio-Technologies, Inc., is December 4, 2025. In an abundance of caution, Plaintiffs request that this deadline be extended by 90 days, through March 4, 2026. Good cause exists based on the parties' ongoing settlement discussions. Further, two of the Defendants are foreign, which complicates service. The requested extension will not result in any undue delay as the foreign defendants still need to be served and are not subject to the deadline in Rule 4(m).

Notwithstanding Defendants having not made an appearance, they have been advised of this motion and do not object.

4922-9871-2697
4922-9871-2697

1  For these reasons, the Court should find that good cause exists to extend the time
2  for service under Rule 4(m) by 90 days, to March 4, 2026.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 12-9-25

Dated: November 19, 2025        SNELL & WILMER L.L.P.

By: /s/ V. R. Bohman
V.R. Bohman
Erin M. Gettel
Christopher D. Bright
R. Lee Fraley
Alexandra Nathe

*Attorneys for Plaintiffs*

- 3 -

4922-9871-2697
4922-9871-2697

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, I electronically transmitted the foregoing **Unopposed Motion to Extend Time for Service (First Request)** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Jeanne Forrest*
An employee of Snell & Wilmer L.L.P.

- 4 -

4922-9871-2697
4922-9871-2697