SNELL & WILMER L.L.P.
V.R. Bohman (NV Bar No. 13075)
Erin M. Gettel (NV Bar No. 13877)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Email: vbohman@swlaw.com
        egettel@swlaw.com

Christopher D. Bright (*Admitted pro hac vice*)
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Email: cbright@swlaw.com

R. Lee Fraley (*Admitted pro hac vice*)
Alexandra Nathe (*Admitted pro hac vice*)
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Email: lfraley@swlaw.com
        anathe@swlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BIODERMIS, LLC, NUANCE MEDICAL, LLC, AND NUANCE INTERMEDIARY, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLIANCE PHARMA PLC, ALLIANCE PHARMACEUTICALS LTD., AND ADVANCED BIO-TECHNOLOGIES, INC.,<br><br>    Defendants. | Case No. 2:25-cv-01664-APG-MDC<br><br>**Stipulation to Extend Time for Service**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Biodermis, LLC;

Nuance Medical, LLC; and Nuance Intermediary, LLC ("Plaintiffs'"), by and through their

undersigned counsel of record, and Defendants Alliance Pharma PLC; Alliance Pharmaceuticals

Ltd.; and Advanced Bio-Technologies, Inc. ("Defendants"), by and through their undersigned counsel of record, that Plaintiffs shall have additional time for service under Rule 4 as follows:

1. On September 5, 2025, Plaintiffs brought this action against Defendants, asserting six declaratory judgment claims for non-infringement of six corresponding patents. Shortly thereafter the Parties began substantive settlement discussions. In order to focus on settlement negotiations, the Parties requested and received a 90-day extension for service to March 4, 2026. ECF No. 17.

2. During the intervening period, the Parties continued to engage in meaningful settlement discussions and have exchanged draft settlement documents. While a few points remain to be negotiated, the Parties anticipate successfully resolving this matter via settlement.

3. Accordingly, and in harmony with Federal Rule of Civil Procedure 1 requiring the Rules be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding," the Parties request an additional 90-day extension of time for service, to June 2, 2026. The Parties believe this additional extension will provide sufficient time to finalize the settlement and fully resolve this litigation without incurring unnecessary expense.

4. As before, two Defendants (Alliance Pharma PLC and Alliance Pharmaceuticals Ltd.) are foreign entities organized and operating under the laws of the United Kingdom, requiring significant time and expense to effectuate service.

5. Moreover, while Federal Rule of Civil Procedure 4(m) generally requires that a plaintiff serve process on each defendant within 90 days of filing a complaint, that Rule largely exempts service of a foreign entity from the 90-day service deadline, including service against the foreign Defendants here. FRCP 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A)").

6. Good cause for this extension exists based on the parties' substantial progress toward settlement and the need for additional time to finalize those negotiations. The requested

4922-9871-2697
4890-6336-9326

extension will not result in any undue delay as the foreign defendants have not yet been served and are not subject to the deadline in Rule 4(m).

7. Defendants join this stipulation for the limited purpose of extending the deadline for service and based on the Parties' agreement that Defendants stipulation and taking the positions above does not waive or prejudice any arguments as to standing, jurisdiction or venue or to compelling arbitration and is not a general appearance.

For these reasons, the Court should find that good cause exists to extend the time for service under Rule 4(m) by 90 days, to June 2, 2026.

IT IS SO ORDERED:

DATED: 2-19-26

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 9, 2026

SNELL & WILMER L.L.P.

By: /s/ *V.R. Bohman*
V.R. Bohman, Esq.
Erin M. Gettel, Esq.
1700 South Pavilion Center Dr., Ste. 700
Las Vegas, Nevada 89135-1865

Christopher D. Bright (*pro hac vice*)
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689

R. Lee Fraley (*pro hac vice*)
Alexandra Nathe (*pro hac vice*)
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556

*Attorneys for Plaintiffs*

Dated: February 9, 2026

MICHAEL D. RAWLINS PLLC

By: /s/ *Michael D. Rawlins*
Michael D. Rawlins, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

BROWN RUDNICK LLP

Ian G. DiBernardo, Esq.
7 Times Square
New York, NY 10036
(pro hac vice forthcoming)

*Attorneys for Defendants*

- 3 -