**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Biodermis, LLC et al.<br><br>Plaintiff(s),<br><br>vs.<br><br>Alliance Pharma PLC et al.<br><br>Defendant(s). | Case #2:25-cv-01664-APG-MDC<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Homayoon Rafatijo (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Brown Rudnick LLP (firm name) with offices at 1900 N Street NW, 4th Floor (street address), Washington (city), District of Columbia (state), 20036 (zip code), (202) 536-1700 (area code + telephone number), hrafatijo@brownrudnick.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Advanced Bio-Technologies, Inc. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since September 14, 2022 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Missouri (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D. Western District of Missouri | March 17, 2023 | |
| U.S.D. Eastern District of Texas | March 4, 2025 | 74800MO |
| U.S. Court of Appeals for the Federal Circuit | February 26, 2025 | |
| U.S. Court of Appeals for the Second Circuit | June 11, 2026 | |
| Missouri State Bar | September 14, 2022 | 74800 |
| D.C. Bar | March 20, 2025 | 90033133 |
| Texas State Bar | July 10, 2026 | 24153323 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Missouri, Texas and the District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF ~~District of Columbia~~ Kansas )
)
COUNTY OF Johnson )

Homayoon Rafatijo, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

30 day of July, 2026

Notary Public or Clerk of Court

pamela lynn adcock
Notary Public State of Kansas
My Appt Expires 12-23-27

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Michael D. Rawlins (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

MICHAEL D. RAWLINS PLLC, 3271 E. Warm Sprints Rd., (street address)

Las Vegas (city), Nevada (state), 89120 (zip code),

(702) 521-3932 (area code + telephone number), michael@rawlins.law (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Michael D. Rawlins (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

Signed by:
Teresa Gonzalez
8DC165352A204CC...
(party's signature)

Advanced Bio-Technologies, Inc.
(type or print party name, title)

(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

NV 5467 michael@rawlins.law
Bar number Email address

APPROVED:

Dated: this 3rd day of August, 20 26.

UNITED STATES DISTRICT JUDGE

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Homayoon Rafatijo*

*was duly qualified and admitted on March 20, 2025 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 27, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

# *The Supreme Court of Missouri*

MDCCCXX

## *Certificate of Admission as an Attorney at Law*

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/14/2022,

### *Homayoon Rafatijo*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 28th day of July, 2026.

Betsy Ledgerwood

Clerk of the Supreme Court of Missouri

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

July 27, 2026

Re: Homayoon Rafatijo, State Bar Number 24153323

To Whom It May Concern:

This is to certify that Homayoon Rafatijo was licensed to practice law in Texas on July 10, 2026, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web