V.R. Bohman, Esq. (NV Bar No. 13075)
Erin M. Gettel, Esq. (NV Bar No. 13877)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Email: vbohman@swlaw.com
egettel@swlaw.com

Christopher D. Bright, Esq. (*Pro Hac Vice*)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Email: cbright@swlaw.com

R. Lee Fraley, Esq. (*Pro Hac Vice*)
Alexandra Nathe, Esq. (*Pro Hac Vice*)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Email: lfraley@swlaw.com
anathe@swlaw.com

*Attorneys for Plaintiffs*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BIODERMIS, LLC, NUANCE MEDICAL, LLC, AND NUANCE INTERMEDIARY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE PHARMA PLC, ALLIANCE PHARMACEUTICALS LTD., AND ADVANCED BIO-TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:25-cv-01664-APG-MDC<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

WHEREAS, on September 5, 2025, Plaintiffs Biodermis, LLC, Nuance Medical, LLC, and Nuance Intermediary, LLC (collectively, "Plaintiffs") commenced the above-captioned action by filing a Complaint for Declaratory Judgment against Alliance Pharma PLC, Alliance Pharmaceuticals Ltd., and Advanced Bio-Technologies, Inc. (collectively, "Defendants");

WHEREAS, on June 1, 2026, Defendants filed a motion to compel arbitration of the dispute under the arbitration provision of the Sublicense Agreement (ECF No. 25);

WHEREAS, on June 2, 2026, Plaintiffs voluntarily dismissed their claims against Defendants Alliance Pharma PLC and Alliance Pharmaceuticals Ltd., leaving Advanced Bio-Technologies, Inc. as the sole remaining Defendant in this action (ECF No. 28);

WHEREAS, on August 4, 2026, the Court granted the motion to compel arbitration and ordered that the parties, "within 30 days, file either a stipulation regarding how this case should proceed or a joint status report setting forth their respective positions" (ECF Nos. 46, 47).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendant Advanced Bio-Technologies, Inc., by and through their respective undersigned counsel of record, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims brought by Plaintiffs against Defendant in the above-captioned action are dismissed without prejudice. Each side will bear its own attorney's fees.

Dated: August 20, 2026

SNELL & WILMER L.L.P.

By: /s/ *V.R. Bohman*
V.R. Bohman, Esq.
Erin M. Gettel, Esq.
1700 South Pavilion Center Dr., Ste. 700
Las Vegas, Nevada 89135-1865

Christopher D. Bright (*pro hac vice*)
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689

R. Lee Fraley (*pro hac vice*)
Alexandra Nathe (*pro hac vice*)
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556

*Attorneys for Plaintiffs*

Dated: August 20, 2026

MICHAEL D. RAWLINS PLLC

By: /s/ *Michael Rawlins*
Michael D. Rawlins, Esq.
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

BROWN RUDNICK LLP
Ian G. DiBernardo, Esq. (*pro hac vice*)
Joshua A. Whitehill (*pro hac vice*)
7 Times Square
New York, NY 10036

BROWN RUDNICK LLP
Homayoon Rafatijo (*pro hac vice*)
1900 N Street NW, 4th Floor
Washington, D.C. 20036

*Attorneys for Defendant*

IT IS SO ORDERED:

Dated: August 21, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE



SNELL & WILMER